DANIEL G. BOGDEN
United States Attorney
STEVEN W. MYHRE
First Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336

Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 99-mj-1285-M-CWH |
| Plaintiff, | STIPULATION TO DISMISS COMPLAINT |
| v. | |
| OCTAVIO CARREON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Steven W. Myhre, First Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Defendant OCTAVIO CARREON, that the Complaint filed against Defendant CARREON be dismissed and the setting for Preliminary Hearing in this matter, currently scheduled for August 17, 2015, at the hour of 4:00 p.m., be vacated.

This Stipulation is being entered into for the following reasons:

1. The Defendant is charged in a one-count Complaint with Escape from Federal Custody on or about October 15, 1999, in violation of Title 18, United States Code, Section

1

751(a).

2. Defendant was arrested pursuant to the Complaint on or about June 24, 2015, in the Western District of Texas, and was transferred to the District of Nevada for a preliminary hearing on the Complaint pursuant to Fed. R. Crim. P. 5.

3. Following his initial appearance before this Court, the Preliminary Hearing in this matter was set for August 17, 2015, at 4:00 p.m.

4. The government does not intend to pursue or present evidence on the count contained in the Complaint and, therefore, moves to dismiss the Complaint pursuant to Fed. R. Crim. P. 48(a).

5. The government further requests that the Defendant be remanded to the United States Bureau of Prisons to serve the remainder of his term of imprisonment.

**WHEREFORE**, the parties respectfully request that the Court accept the Stipulation of the parties and enter an Order, dismissing the Complaint, vacating the Preliminary Hearing, and remanding the Defendant to the custody of the United States Bureau of Prisons to serve the remainder of his term of imprisonment.

Dated this 14th day of August, 2015.

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney | RENE VALLADARES<br>Federal Public Defender |
| /s/ Steven W. Myhre | /s/ Heidi Ojeda |
| STEVEN W. MYHRE<br>First Assistant United States Attorney | HEIDI OJEDA<br>Assistant Federal Public Defender<br>Counsel for Defendant<br>OCTAVIO CARREON |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:99-mj-1285-CWH |
| | ) |
| v. | ) |
| | ) **ORDER** |
| OCTAVIO CARREON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter coming on the Stipulation of the parties, having considered the premises therein, and good cause showing, the Court finds as follows:

1. The Defendant is charged in a one-count Complaint with Escape from Federal Custody on or about October 15, 1999, in violation of Title 18, United States Code, Section 751(a).

2. Defendant was arrested pursuant to the Complaint on or about June 24, 2015, in the Western District of Texas, and was transferred to the District of Nevada for a preliminary hearing pursuant to Fed. R. Crim. P. 5.

3. Following his initial appearance before this Court, the Preliminary Hearing in this matter was set for August 17, 2015, at 4:00 p.m.

4. The government does not intend to pursue the count contained in the Complaint and, therefore, moves to dismiss the Complaint pursuant to Fed. R. Crim. P. 48(a).

5. The government further requests that the Defendant be remanded to the United States Bureau of Prisons to serve the remainder of his term of imprisonment.

It is therefore **ORDERED**:

1. The Complaint against Defendant CARREON shall be, and is, **DISMISSED**;

2. The setting for the Preliminary Hearing, currently scheduled for August 17, 2015, at 4:00 p.m., is hereby **VACATED**;

3. Defendant CARREON is remanded to the custody of the United States Bureau of Prisons for such further disposition as is consistent with serving the remainder of his term of imprisonment.

IT IS SO ORDERED this 14th of August 2015.

_____
CARL W. HOFFMAN, Jr.
United States Magistrate Judge